### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

**Jessica Ward**                                                    **PLAINTIFF**

**VERSUS**                              **CIVIL ACTION NO. 5:12-CV-27-DCB-RHW**

**County of Warren, et al.**                                        **DEFENDANTS**

### ORDER

This cause is before the Court on Plaintiff's Motion for Temporary Restraining Order and Motion for Preliminary Injunction [**docket entry no. 3**], Motion for Hearing [**docket entry no. 4**], Motion to Strike [**docket entry 14**], Motion to Strike Notice of Appearance [**docket entry no. 23**], and Motion to Dismiss [**docket entry no. 25**]. The Defendants have not objected to the Plaintiff's request for voluntary dismissal without prejudice within the time provided by the local rules, and the Court, after considering the merits of the Plaintiff's final motion, finds that the Plaintiff's request for dismissal is well-taken and should be granted. All other pending motions will be dismissed as moot.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Temporary Restraining Order and Motion for Preliminary Injunction [**docket entry no. 3**] is **DISMISSED.**

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Hearing [**docket entry no. 4**] is **DISMISSED.**

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Strike

[**docket entry 14**] is **DISMISSED.**

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Strike Notice

of Appearance [**docket entry no. 23**] is **DISMISSED.**

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Dismiss

[**docket entry no. 25**] is **GRANTED.** Pursuant to Federal Rule of

Procedure 58, a separate final judgment shall issue forthwith,

dismissing the Plaintiff's case **WITHOUT PREJUDICE.**

So **ORDERED,** this the 21st day of May, 2012.


                            ____/s/ David Bramlette____

                            **UNITED STATES DISTRICT JUDGE**