UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

Jessica Ward                                                    **PLAINTIFF**

**VERSUS**                          **CIVIL ACTION NO. 5:12-CV-27-DCB-RHW**

County of Warren, et al.                                       **DEFENDANTS**

<u>ORDER</u>

This cause is before the Court on Plaintiff's Motion for
Temporary Restraining Order and Motion for Preliminary Injunction
[**docket entry no. 3**], Motion for Hearing [**docket entry no. 4**],
Motion to Strike [**docket entry 14**], Motion to Strike Notice of
Appearance [**docket entry no. 23**], and Motion to Dismiss [**docket
entry no. 25**]. The Defendants have not objected to the Plaintiff's
request for voluntary dismissal without prejudice within the time
provided by the local rules, and the Court, after considering the
merits of the Plaintiff's final motion, finds that the Plaintiff's
request for dismissal is well-taken and should be granted. All
other pending motions will be dismissed as moot.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Temporary
Restraining Order and Motion for Preliminary Injunction
[**docket entry no. 3**] is **DISMISSED.**

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Hearing
[**docket entry no. 4**] is **DISMISSED.**

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Strike

[**docket entry 14**] is **DISMISSED.**

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Strike Notice of Appearance [**docket entry no. 23**] is **DISMISSED.**

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Dismiss [**docket entry no. 25**] is **GRANTED.** Pursuant to Federal Rule of Procedure 58, a separate final judgment shall issue forthwith, dismissing the Plaintiff's case **WITHOUT PREJUDICE.**

So **ORDERED,** this the 21st day of May, 2012.


_____/s/ David Bramlette_____

**UNITED STATES DISTRICT JUDGE**